UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Sharnella Daniels, on behalf of
T.S.L.,

          Plaintiff,

v.

Carolyn W. Colvin, Acting
Commissioner of Social Security,

          Defendant.

_____/

Case No. 15-12275

Judith E. Levy
United States District Judge

Mag. Judge Elizabeth A. Stafford

## ORDER ADOPTING THE REPORT AND RECOMMENDATION [17] TO GRANT THE COMMISSIONER'S MOTION FOR SUMMARY JUDGMENT [16] AND DENY PLAINTIFF'S MOTION FOR SUMARY JUDGMENT [15]

This is a Social Security appeal of the Commissioner's denial of social security income benefits to her minor child, T.S.L.. Before the Court is Magistrate Judge Stafford's Report and Recommendation (Dkt. 17), issued August 1, 2016, and recommending the Court grant the Commissioner's motion for summary judgment (Dkt. 13), and deny Daniels's motion for summary judgment. (Dkt. 15.) The parties were required to file specific written objections, if they had any, within 14

days of service. Fed. R. Civ. P. 72(b)(2); E.D. Mich. L.R. 72.1(d). No objections were filed.

The Report and Recommendation, being carefully detailed and rigorous in its review of the record and evaluation of the Commissioner's arguments, is ADOPTED.

Defendant's motion for summary judgment (Dkt. 16) is GRANTED; and

The case is DISMISSED.[1]

IT IS SO ORDERED.

Dated: August 30, 2016      s/Judith E. Levy
    Ann Arbor, Michigan     JUDITH E. LEVY
                                               United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 30, 2016.

                                                    s/Kelly Winslow for
                                                    FELICIA M. MOSES
                                                    Case Manager

---

[1] The parties, by failing to object to the Report and Recommendation, have waived any further right of appeal. *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).